## George E. Hibbard, Appellant, v. John B. Mallers, Jr., Appellee.

### Gen. No. 18,358.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. RICH-ARD E. BURKE, Judge, presiding. Heard in this court at the March term, 1912. Modified and affirmed. Opinion filed January 12, 1914.

### Statement of the Case.

Bill by George Hibbard against John B. Mallers, Jr., alleging that complainant and defendant were co-partners and that the copartnership had been dissolved by the act and declaration of defendant. The bill prayed for an accounting, the appointment of a receiver and an injunction. Defendant's answer denied that the copartnership had been dissolved. From a decree dismissing the bill for want of equity, complainant appeals.

PRINGLE & FEARING and ALFRED J. PARKER, for appellant.

HUGH S. PETTIS, for appellee.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

1. EQUITY, § 358*—*when decree should not contain a finding of facts.* A finding of facts has no proper place in a decree dismissing a bill for want of equity.

2. APPEAL AND ERROR, § 1766*—*when a decree erroneously containing a statement of facts will be affirmed on modification.* On appeal from a decree dismissing for want of equity a bill filed by a partner against a copartner, which alleged a dissolution of the partnership and prayed for an accounting, etc., the decree erroneously containing a statement of facts was affirmed upon being modified by striking out the statement of facts, it appearing independently from the statement of facts that in the opinion of the chancellor the copartnership was not dissolved.